THE STATE v. RICHMOND PRESTON.

MERRIMON, J.: In every essential respect, this case is substantially like that of *State* v. *Preston*, decided at present term, and must be disposed of in the same way.

Appeal dismissed.